7:19mj26

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

02/19/2019

JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

# ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Sean P. McCafferty, being duly sworn, depose, and state the following:

1. I am currently employed by the United States Postal Inspection Service (USPIS) as a Postal Inspector, and have been employed in this capacity since June 2013. Your affiant is currently assigned to the Pittsburgh Division-Roanoke Domicile to investigate narcotics trafficking utilizing the United States Postal Service (USPS). Your affiant completed a law enforcement training academy in the detection and investigation of crimes related to the U.S. Mails at the USPIS Career Development Division located in Potomac, Maryland. Your affiant has conducted numerous federal and state criminal investigations involving the trafficking of controlled substances and/or drug proceeds through the USPS.

2. Your affiant knows based on training and experience that the U.S. Mail is often used by drug trafficking organizations to transport controlled substances and proceeds from the sale of controlled substances. Your affiant knows based on training and experience that USPS Priority Mail and Priority Mail Express are commonly used to transport controlled substances, and drug trafficking proceeds, because drug traffickers can track parcels, control dispatch times and locations, and have a guarantee of delivery in one to three days.

3. This affidavit is submitted in support of an application for a search warrant of a USPS Priority Mail Express parcel bearing tracking number "EE374661809US" for controlled substances and/or the proceeds from drug trafficking. The parcel is described as follows:

   A. Addressee: "Thay Nguyen, Rose Le Nails, 3800 Klose Way Suite D, Richmond, CA 94806"
   B. Return Address: "R. anderson, 2127 murrell RD. Lynchburg VA 24501"
   C. Postage Affixed: Origin: Lynchburg, VA 24506, Postage: $53.50
   D. Tracking Number: EE374661809US (hereafter referred to as Parcel #1)
   E. Description: White USPS Priority Mail Express Mailing Box; 12.5" x 3.1" x 15.6"
   F. Weight: 2 pounds 10.1 ounces

4. On February 13, 2019, your affiant was notified Parcel #1 had been mailed to 3800 Klose Way Suite D, San Pablo, CA 94806. This address was identified in a previous investigation as receiving parcels that contain suspected drug proceeds. Your affiant requested Parcel #1 to be intercepted and sent to the USPIS Roanoke, VA Domicile for further investigation.

1

5. On February 15, 2018, your affiant received Parcel #1. Parcel #1 is a white cardboard USPS Priority Mail Express parcel bearing a handwritten label and addressed to Richmond, CA. However, the address listed on Parcel #1 is actually located in San Pablo, CA. California is a known source area of controlled substances shipped through the USPS and, conversely, a known destination area for proceeds of drug trafficking. Parcel #1 appears to have an inner container based on the sound of the package when moved. Based on your affiant's training and experience, inner containers are utilized by drug traffickers in order to conceal the odor of controlled substances and/or shape of U.S. currency.

6. A search of postal records revealed four (4) previous Priority Mail Express parcels were mailed to 3800 Klose Way Suite D, San Pablo, CA 94806 from Lynchburg, VA, Farmville, VA and Appomattox, VA in October and November, 2018. All four (4) parcels weighed between one (1) and three (3) pounds which is a common characteristic among parcels containing drug proceeds. Parcels containing drug proceeds are often mailed via Priority Mail or Priority Mail Express due to the packages reaching their delivery point in one to three days. Parcels containing drug proceeds are also often lower in weight due to currency being low weight and easily concealable.

7. Your affiant made inquiries via CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information. The sender, "R. Anderson," was unable to be associated with return address 2127 Murrell Rd, Lynchburg, VA 24501. Based on your affiant's training and experience, the use of various fictitious names is consistent with the mailing of controlled substances, or drug proceeds, as it is common for the sender to attempt to conceal his or her identity should a parcel be seized by law enforcement.
The name of the addressee "Thay Nguyen" was unable to be associated with destination address 3800 Klose Way Suite D, San Pablo, CA 94806. However, Rose Le Nails is located at this address and appears to be a functioning nail salon. It is not uncommon for drug traffickers to mail packages to co-conspirators at business locations as a way to obfuscate law enforcement from identifying suspects.

8. On February 15, 2019, your affiant requested a narcotic detection canine from the Roanoke Police Department (RPD). Officer Goad, and his narcotic detection canine, "Kratos," responded to the USPS Roanoke Processing and Distribution Center located at 419 Rutherford Ave NE, Roanoke, Virginia 24022. Parcel #1 was placed in a blind parcel line-up and subjected to an exterior search by Canine "Kratos." Officer Goad advised your affiant that Canine "Kratos" positively alerted to Parcel #1 at approximately 10:10 am. According to Officer Goad, this positive alert meant Canine "Kratos" detected the odor of an illegal drug emanating from Parcel #1. A supporting affidavit of the narcotics detection training completed by Officer Goad and Canine "Kratos" is provided as Exhibit #2.

2

9. At this time, Parcel #1 is located at the USPIS-Roanoke Domicile in the Western District of Virginia. The parcel has been maintained unopened, in my custody, pending application for a search warrant.

10. Based on the information contained herein, your affiant maintains there is probable cause to believe that the USPS Priority Mail Express parcel bearing tracking number "EE374661809US" addressed to "Thay Nguyen, Rose Le Nails, 3800 Klose Way Suite D, Richmond, CA 94806" bearing a return address of "R. anderson, 2127 murrell RD. Lynchburg VA 24501" contains controlled substances, and/or the proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

Sean P. McCafferty
Postal Inspector, USPIS

Subscribed and sworn before me this 15th day of February, 2019.

*Robert S. Ballou*
The Honorable Robert S. Ballou
United States Magistrate Judge
Western District of Virginia

3

Case 7:19-mj-00026-RSB   Document 1-1   Filed 02/19/19   Page 3 of 3   Pageid#: 4